IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| CARL D. WASHINGTON | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § | CAUSE NO. 1:08CV173 LG-RHW |
| | § | |
| CITY OF GULFPORT, MISSISSIPPI | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on Motion to Dismiss or for Summary Judgment [18] filed by the City of Gulfport, Mississippi, the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [18] of the City of Gulfport, Mississippi pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**. Plaintiff's claims against the Defendant are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE